IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DAVID F. ANTOON, *et al.*, | : | |
| | | Case No. 3:12-CV-27 |
| Plaintiffs, | | |
| | : | |
| vs. | | District Judge Thomas M. Rose |
| | | Magistrate Judge Michael J. Newman |
| CLEVELAND CLINIC FOUNDATION, *et al.*, | : | |
| | | |
| Defendants. | : | |

## ORDER

This case originated as a *pro se* case. Accordingly, it was automatically referred to the undersigned under General Order No. Day 12-03: Assignment and Reference to Magistrate Judges (eff. May 15, 2013). Plaintiff subsequently obtained counsel, and United States District Judge Thomas M. Rose withdrew the reference to the undersigned. The case is presently set for further proceedings, including trial, before Judge Rose. The Clerk of Court is directed to note in the record that:

1. Referral of this case to the undersigned Judicial Officer has been withdrawn; and

2. No Motion or other matter in this case remains pending before the undersigned Judicial Officer.

July 12, 2013               s/**Michael J. Newman**
                            United States Magistrate Judge